

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2022

No. 04-22-00623-CR

**EX PARTE** Luis Alfredo **APARICIO**,
Appellant

From the County Court, Maverick County, Texas
Trial Court No. 3976
Honorable Mark R. Luitjen, Judge Presiding

## O R D E R

     The clerk's record was originally due on September 21, 2022. On September 22, 2022, the trial court clerk filed a Notification of Late Record stating her other duties or activities precluded her from working on the record and that software issues preventing the record's timely filing. The trial court clerk has requested an additional seven days to file the record. The request is GRANTED. The trial court clerk is ORDERED to file the clerk's record with this court **no later than September 28, 2022**.

_____
Lori I. Valenzuela, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court